Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

The People of the State of Illinois ex rel. C. S. Welch et al., plaintiff in error, v. Moultrie County, Illinois, et al., defendants in error.

Mandamus to compel adjoining county to appropriate money for the construction of a bridge over a county line stream. Special demurrer to petition sustained. Error to the Circuit Court of Moultrie county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918.

Whitaker, Ward & Pugh, for plaintiff in error. J. L. McLaughlin, J. K. Martin and Paul Heincke, for defendants in error.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

A. M. Hewitt, administrator of the estate of Nancy F. Hewitt, plaintiff in error, v. Lydia A. Haines and Fletcher Haines, defendants in error.

Bill for accounting growing out of case of Haines v. Hewitt, 129 Ill. 347. Bill dismissed on ground of laches. Error to the Circuit Court of Christian county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918.

W. B. McBride and George T. Wallace, for plaintiff in error. Taylor & Taylor, for defendants in error.

Mr. Presiding Justice Eldredge delivered the opinion of the court.